# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO ACEVEDO, | NO. CV 09-01593 VBF (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DERRELL G. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 24, 2009

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE